FILED
2016 JUL 12 PM 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR6-16 00489 |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 2314: Interstate Transportation of Stolen Property] |
| JULIO CARO, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 2314]

On or about July 19, 2013, within the Central District of California and elsewhere, defendant JULIO CARO knowingly and intentionally transported, transmitted, and transferred, in interstate commerce, from the State of California to the State of New

//

//

Jersey, money of the value of at least $5,000, knowing the same to have been stolen, converted, and taken by fraud, with the intent to permanently deprive the rightful owner of the property.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

POONAM G. KUMAR
Assistant United States Attorney