# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

JUL 1 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

 Reset Form

Case Number **CR 16*00489**

U.S.A. v. **JULIO CARO**

☐ Indictment     ☑ Information

Defendant Number **1**

Year of Birth **1959**

Investigative agency (FBI, DEA, etc.) **FBI**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense  **July 19, 2013**

c. County in which first offense occurred

**Los Angeles**

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles          ☐ Ventura
☐ Orange               ☐ Santa Barbara
☐ Riverside            ☐ San Luis Obispo
☐ San Bernardino       ☐ Other _____

Citation of Offense  **18 U.S.C. § 2314**

_____

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☑ No     ☐ Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  **N/A**

Case Number  **N/A**

Charging  **N/A**

_____

The complaint:     ☐ is still pending

☐ was dismissed on:  **N/A**

## PREVIOUS COUNSEL

Was defendant previously represented?     ☐ No     ☑ Yes

IF YES, provide, Name:  **Jennifer Uyeda**

Phone Number:  **213-894-7524**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*     ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**     ☑ Yes     ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
**N/A**

Case Number  **N/A**

The superseded case:

☐ is still pending before Judge/Magistrate Judge
**N/A**

☐ was previously dismissed on  **N/A**

Are there 8 or more defendants in the superseding case?
☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*     ☐ No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☐ NO
IF YES, list language and/or dialect:

N/A

### OTHER

☑ Male            ☐ Female
☑ U.S. Citizen    ☐ Alien

Alias Name(s) _____

This defendant is charged in:   ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☑ corporate fraud
☐ Other _____

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:   N/A

b. Posted bond at complaint level on:   N/A

   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

   N/A

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:   N/A

c. If Federal: U.S. Marshal's Registration Number:

   N/A

d. ☐ Solely on this charge.  Date and time of arrest:

   N/A

e. On another conviction:   ☐ Yes   ☐ No
   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges: :   ☐ Yes   ☐ No
   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court:   N/A

Date transferred to federal custody:   N/A

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

---

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date  7/11/16 _____

_____
Signature of Assistant U.S. Attorney
POONAM G. KUMAR
Print Name