# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:16-CR-00489    Recorder: CS 07/27/2016    Date: 07/27/2016

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: Mel Zavala                        Assistant U.S. Attorney: Poonam Kumar

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JULIO CARO<br>    BOND-PRESENT | JENNIFER J. UYEDA<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge George H. King.
It is ordered that the following date(s) and time(s) are set:
    Guilty Plea and Setting of all other proceedings 8/8/2016 at 10:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00<br>
PIA: 00 : 03<br>
Initials of Deputy Clerk: MZ by TRB

---

CR-85 (09/12)                           CRIMINAL MINUTES - ARRAIGNMENT                           Page 1 of 1

8/3/2016