| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | CC: USPO |
| CENTRAL DISTRICT OF CALIFORNIA | | PSA |

## CRIMINAL MINUTES - GENERAL

| Case No. | **CR 16-489 GHK** | Date | **August 8, 2016** |
|---|---|---|---|

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

Interpreter

| Paul Songco | C. Nirenberg | Poonam Kumar |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Julio Caro | ✗ | | ✗ | Jennifer Uyeda, DFPD | ✗ | ✗ | |

**Proceedings:**     **ENTRY OF GUILTY PLEA**

XX   Defendant requests to enter a plea to the SINGLE-COUNT INFORMATION.

XX   Defendant sworn and questioned by the Court.

XX   Defendant NOW enters a PLEA of GUILTY to the SINGLE-COUNT INFORMATION.

XX   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

XX   The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to **NOVEMBER 7, 2016, AT 11:00 A.M.,** for *imposition of sentence*.

XX   The Court further ORDERS the defendant shall cooperate with U.S. Probation Office in the preparation of a Presentence Investigative Report. Defendant and counsel shall return on date and time specified herein.

                                          :   **15**
                              Initials of Deputy Clerk        ps