# EXHIBIT A

REDACTED

## JULIO CARO

██████████████████

Calabasas, California 91302

October 18, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Building
255 E. Temple Street
Los Angeles, California 90012

Dear Judge King,

As I stood in front of you and entered my guilty plea several months ago, I knew in my heart that I was doing the right thing.  By facing and accepting my crime, I am making the deliberate first steps towards my rehabilitation and perhaps, with some hard work yet in front of me, personal redemption.  These past two years have been an emotional journey marked by milestones as I confessed to former colleagues at Yucaipa Companies, to the United States government, to this Court, my professional colleagues, and especially and importantly, to my children.  I have always told my children to be accountable for their actions and that if they face consequences with sincerity and contrition, they will always benefit no matter the result.  I thought that I by being honest and accountable for my actions before my children that I might find a teaching moment for a life lesson out of this terrible situation.

I consider myself a high-impact dad that is fully engaged in the lives of my children without holding on too tightly.  I believe that as they grow up, you release your grip but at the same time keep making an active impression on them in as many ways as possible.   As they grew up, we spent weekends taking adventures which might start as a walk in the neighborhood and then extend to trips on buses and trains with no end or goal in mind.  They saw landmarks in Santa Monica, Los Angeles, and Pasadena, and I would talk about the diversity of culture and people that was all around them in the Southland.  On these adventures, I discovered that life slowed down for all of us and all that mattered was sharing time together.  I often pointed out socio-economic differences (especially on the buses where all walks of life were present); I did not want my children to lose perspective because of the privileges they had.  I was acutely sensitive to materialism and discouraged any talk of being "special" because we might be more fortunate than another.  I would also ignore the celebrity culture that surrounding my work; I did not talk about the entertainment business when they were young and I did not have a movie poster in the house.  Better to put up their art than my posters.  I was committed to celebrating their youth and I enjoyed doing that.

Walking and bus adventures at times gave way to road trips; I took them to the ghost town of Bodie (near Bridgeport and Mono Lake in the Sierra Nevada); we traveled to the Missions of Santa Barbara, Monterey, San Juan Capistrano (usually by

train and bicycle); we traveled to the Sequoia National Forest to see the General Sherman tree, the oldest living thing on earth. I will never forget my daughter Isabel hugging the tree to feel it. And we traveled to Sacramento to visit the State's capital. On all of these trips I talked seemingly non-stop about history and culture with genuine enthusiasm. I viewed every moment with my children when they were young as an opportunity to make an impact; to make a difference and find themes they would recall, as they grew older.

I hope that my legacy as a father is that I instilled in my children a love of learning and an appreciation for their education. The themes and narrative of this letter embody that value. One of my fondest memories was something that was improvised: Isabel as a young girl enjoyed reading and when she was 12 years old we started reading THE ODYSSEY by Homer aloud together. The idea to read aloud was inspired by learning that Homer would recite the story from memory. We sat in her bed in the evening and she would read five pages and I would read five pages... as you can imagine it took months to finish the book! But to this day, Isabel can make references to that story and talks fondly of the "wine dark sea" (a motif that recurs in the story).

When I confronted the time to confess my crime to them, I was faced with conflicting emotions. I could not imagine what it would be like for a father figure to fall from grace. I was not close to my father. My mother raised my brother and I as a single parent. I had no reference or role model as a father. I simply threw myself into parenting in an activist way. I vowed to be close to my children even though I had no tangible example to follow. I believe that I was successful in achieving that intimacy with my children and I was proud of that. And yet, ironically, that closeness made my disclosure to them the hardest single thing I had to undertake in my life.

I wanted to find the words for my children so that my faltering would not put them at risk in the future by tearing down what I stood for as a father. I was thinking this very act might put them at risk in the future. But I realized that by taking responsibility and offering a clear and concise explanation for the crime, I might be able to show them that no one can hide behind excuses. By being an example, I would be able to move forward and set the personal agenda to rebuild my life both as a father and a professional and use the moment to build their character.

Isabel and Javier sat on opposite sides of my sofa. I struggled to find my voice. I opened the conversation by saying that I had important news to share with them. I immediately told them it was not regarding my health (as I had recently suffered a stroke). I paused; looked them both in the eye and told them that I had committed a serious crime. The air in the room was gone; I could hear and feel my heart was beating loudly; I could see both kids struggling to understand what was happening. So I had to keep going. I described the crime. I told them I was to be arrested and that I was pleading guilty. I gave them details. I felt strongly that they be fully informed. I told them that I was deeply, deeply sorry and I cited that they too were victims. I confessed that I did not pause before making the mistake and putting them at risk. Indeed, my judgment had been severely impaired and that I was deeply sorry. I asked them to work with me over time to find respect for me again; I acknowledged that perhaps we will never be the same, but I explained that my love for them remained deep and that I was committed to some form of redemption with them. As I said these words, I was

aware that it will take time and hard work, and that I will need to reset my goals. But by this confession and disclosure, I had revealed to my children that I was contrite for my actions and I felt that over time, I could find redemption with them and more important, that they would remain true to the positive values I had stood for previously. I recognized that I had a greater burden to show how a man can overcome self-inflicted adversity and return to society and be a meaningful member of a family. I know in my heart that I have to be an even better father than before, as my children become young adults. At the end of that fateful day, I welcomed the challenge and hope that I can write a new story for myself in the future after I have paid my debt to society.

My disclosure to my children on that fateful day in June about my circumstances was truly bolstered by the time spent with both kids and my "lead by example" effort. I am hopeful that we will make it through this ordeal with their values and compass largely unchanged.

I have reflected deeply and often about what drove me to commit this crime. I had an irrational attachment to the success of "El Cantante". I have been a leading advocate of US Latin entertainment content as a professional since 1995. "El Cantante's" budget scope had a "too big to fail" element associated with it (in my mind) and that aspect blurred my vision regarding the reality of the project. I defined my position in the industry by the film; these circumstances led me to a hard focus on that film and its financial success for my professional benefit.

I acknowledge that the distortion of the value of the film afforded me cover or an internal excuse to avoid confronting my own shortcomings (as a producer) and inform my wife of the financial crisis we were in. Essentially, I used my perceived value of the film in the market place as a justification for our lifestyle. Surely the film's presence would bring me fortune and opportunity and I would be able to turn things around. And in success, I would be able to right the financial wrongs I was in the middle of doing. In the movie business, you are (unfortunately) only one project away from extreme success. I am ashamed that I became that person... I used to always say to myself earlier in my career, "Don't believe the sh-t you shovel". In the end, I believed the exaggerations that are pervasive in our industry. I was also stubborn to make changes to my children's education and our housing; those two categories of expenses made up over 50% of gross income before taxes. That was poor judgment on my part. I know that I should have exited R-Caro Productions when the overhead funding ceased; I should have adjusted our cost of living to comport with my income and I should have sold the house. All of this happened and yet the result of my actions is that I have left my family and children at greater risk.

In addition to the impact on my children, I am keenly aware that my actions and criminal behavior had a profound impact on my marriage and my wife. I had been with the former Jacqueline Stafford for almost 21 years when this ordeal began to come forward. I met Jackie in April of 1993 while on a business trip in Florida. She was funny, beautiful without being fain and confident without being arrogant. For me, it was truly love at first sight. Unfortunately, my actions and behavior destroyed our marriage. My action surrounding R-Caro were not secret because I believed I was breaking any law; rather, my secrecy was the result of my inability to admit that I was

not able to provide for my family financially. I felt shame for this. A kind of shame that undermined my marriage and the trust embodied in that union.

For Jackie, trust is at the core of her being. She came to LA relying on the trust within our marriage. She bore and raised children on the trust within our marriage. And when I disclosed the R-Caro criminal behavior, I saw in her eyes the devastation of having a person you love and trust betray you: I could feel on a visceral level, the destruction of our marriage. It was a profound moment that I will never forget. The impact went beyond tears and anger; my behavior and the betrayal reached deep into her soul. I am saddened and troubled that my behavior contributed to the end of my marriage. As with my children, I hope one day that I will be able to find forgiveness from Jackie.

This has been a deeply personal journey for me. I know that this is not any different from any other person who has committed and is held responsible for a crime. But rather, my self-realization and deep understanding of my actions are what I hope to convey to you by this letter. My relationship with my children, my ex-wife and my professional colleagues are reminders of the consequences of my actions and at the same time they show me a path to forgiveness, redemption and a hopeful return to society as a meaningful member. As I stand in your courtroom, I will hold these experiences and truths to be standing with me and I am committed to being a better person in the future.

Some of the actions I have taken before standing before you are that I have made the effort to return to the production of filmed entertainment by working on a freelance basis. I am not going to handle any of the finances of any project I produce. Instead, I am going to focus on my strength as a manager of the creative process and physical production. My adjustment is an important one because it means that I will be surrounded by checks and balances as well production protocol and reporting that will offset any concerns or fears that I may repeat my crime. Also with each engagement, I fully disclose my situation (which is often not necessary given the press release outlining my crime in great detail). But with each engagement, I find humility in that I am being afforded a chance to continue working (albeit at a lower level than before and for lesser fees). But I am grateful for the opportunities. I am also reaching out to local Southern California graduate business schools and inquiring if I can present a lecture on business ethics and crime. My hope is that by presenting my case to aspiring business students, I will find a way to have my unfortunate situation lead to some benefit for complete strangers and thereby augment my effort to contribute to society. It follows that I will also continue find my way through the conflicting emotions in my heart and reconcile my actions with the man I see in the mirror.

Thank you very much for your consideration.

Sincerely,

Julio Caro

4

# EXHIBIT B



## Marcos Caro

████████

Lighthouse Point, Florida 33064



August 22, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012

Dear Judge George H. King,

To introduce myself, I am Julio Caro's younger brother (by two years), Marcos Caro. I am currently a manufacturing sales executive for a Chinese Medical Device Manufacturer based in Hong Kong. I attended Cornell University with my brother for one year and completed my degree in Mechanical Engineering and Physics at Massachusetts Institute of Technology in 1984 and my MBA from Columbia University Business School in 1993. I have a wife, who is a CEO of a bio technology company and two children, Sofia (17 years old) and Miguel (13 years old). We live in Florida and see my brother on a regular basis as he has been involved in Latin American entertainment production for the last 10 years and many of his business meetings are with Miami based companies & individuals.

My brother has shown great remorse in his being charged with a crime and that he has pled guilty to the crime, transportation of stolen property. In his conversations with me he has been clear that he understands his mistake and explained to me he understands the consequences in this matter before the court. I hope that Julio's lack of prior transgression and his work ethic shall make a difference in how his debt to society shall be served.

I would like to give background to my brother's character through describing our mutual background as we always pushed each other to excel. We were brought up in a lower middle class household always tight on money with our mother doing a lot to define the

future for us. Since our mother was divorced from my father when I was 5 years old, I remember Julio and me always being committed to helping our mother and those around us. Firstly, both of us cleaned the house, washed clothes and help our mother on a day-to-day basis as she worked from early morning until after we came home from school at her job since 1966. Our mother gave us a simple mandate: we had to go to college to better ourselves and become independent men. As I have stated before, she believes education is of paramount importance so both of us attended college on scholarships (I through NROTC, minority scholarships and work-study). For this reason, as I previously stated the focus on academic achievement and hard work instilled by our mother, led to my continuing on into graduate school in Materials Science and Engineering and completing my MBA by the time I was 30.

Julio has worked since he was sixteen. Julio attended college on scholarship, grants and work study as I did. Upon his graduation in 1981 from Cornell University he went back to New York City to begin his work life at Manufacturers' Hanover Trust Company (now JP Morgan Chase). He was one of the first in the training programs that became ubiquitous with the path to business school. Julio did not follow the early path to business school, but instead went on to found his own production company.

This was the beginning where he establishing himself in the entertainment industry. In an industry marked by how much you spend and who you hang out with, Julio has always spent time with me either on the set of a production or at our childhood favorite Dairy Queen or McDonalds for the not so healthy return to our roots.

Julio's career had been going well, but in 2007-2008 things were not working so well. His work has always taken him away from what he loves most – time with his family, but his focus was supporting his wife, daughter (Isabel) and son (Javier). He discussed with me some of the issues facing him as I helped him financially get through the tough times. We have always been together, but I did not know he did not have the mandate to continue in the production company at that time. This would lead to his current criminal judgement.

The details of Julio's life up to this point have been a man who has been a hard worker taking on many projects and keeping his business/talent relationships strong. He has discussed with me his thoughts on the future and continuing to work to pay back what he



owes.  I hope that in determining his sentence his work ethic and first time offense shall lead to a sentence that allows him to reestablish himself as a productive person in our society as he had been before his infraction.


Sincerely,

Marcos Caro

# EXHIBIT C

REDACTED

Sona M. Olson

New York, NY 10027

October 18, 2016

The Honorable George H. King
United Sates District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, CA  90012

Dear Judge George H. King:

I am humbled by what has happened.  As a single mother I raised my boys in New Haven, Connecticut while I was working as a research assistant in the Sociology Department of Yale University.  Success in that position led to my appointment as the first woman in the Operations Department as the Manager of Custodial Services and Married Student Housing.  Without any financial support from their father, I worked hard to provide for my children.

In 1981, I accepted a position as the Associate Director of Buildings and Grounds at Columbia University and was provided with university housing.  This position led to my opportunity to venture into commercial building management, a business almost exclusively male in NYC at that time.  I was hired as the first female Vice President of Management for an owner of class A buildings in NYC.  I was widowed from a second marriage in 1988.  My sons at this point were on their own.  After a successful career of fifty-one years in the business world, I retired in 2010 at the age of 71.

My singular goal in raising my sons was for them to have an excellent college education that would prepare them to be responsible, happy and secure in both their personal and professional lives.  My younger son, Marcos, attended Phillips Andover and graduated from MIT.  Julio graduated from Cornell University in 1982 with a major in philosophy and a minor in theaters arts.

Since the age of sixteen, Julio has worked and done well in his jobs.  He had many different jobs including summer and school year positions as a janitor in New Haven, Ct. And in his senior year he was the Resident Assistant in his dormitory at Cornell. He was known among his peers as an effective and creative leader with a passion for the theater.   In the fall he moved to NYC and obtained a position at Manufacturers Hanover Bank in the newly formed management training program.

October 18, 2016
Page 2

Without a father figure in his life, Julio to his credit became a remarkable kind and caring parent. His children are the center of his life. His approach to fatherhood is to be a part of their lives on a daily basis. He researched schools so that they were most advantageous to their needs. His daughter, Isabel, is currently a junior at Cornell University. Isabel has declared her major in Government with an eye toward pre law. His son, Javier, is a freshman at Calabasas High School. His brother and I have been there for him and his children. We, as in the past, will continue to support him and his children because we are well aware that their needs will be great.

He is very aware of what he has done and is very remorseful. He has spent long hours talking to me about how he plans to make reparations which requires a life style change. I believe that this experience has been a wakeup call for Julio. We have had some extremely difficult, heartfelt and revealing conversations where he confessed to poor decision making which has led him to this juncture of his life. He is very chastened and has recognized that he used bad judgement. He did own up to it and did have to tell his children. That was a very trying and difficult day for him and his children, and a humiliation he will carry with himself until he can prove to them that this was a one time lapse in judgement. He is a good person, who made a bad choice.

I would hope the Court can see fit to be lenient to this contrite first time offender. He does plan to pay off his debts and that is why he is planning to look for stable and predictable employment.

Sincerely,

Sona M. Olson

# EXHIBIT D

The Honorable George H.King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, CA 90012

Dear Judge George H. King,

My name is Isabel Caro and I currently live in Ithaca, NY while studying at Cornell University. Mr. Julio Caro is my father. I am aware that he has been charged with a crime and has pled guilty to transportation of stolen property. I'd like to use this letter to show you who he is as a father and shed light on his character beyond the rhetoric of the courtroom.

My father taught me that education is the most important gift a parent can give to their child. He made the effort to provide me with that gift throughout my life. The year that I was born, my father attended a TED talk, given by Professor Seymour Papert of MIT, on the topic of "hard fun." In the context of education, hard fun embodies the idea that a student's enjoyment of the subject or teacher can yield more success with less effort due to strong engagement in the class. As a result, the class might feel easier due to my enjoyment of it but, in fact, I'm still working hard. Learning itself is enjoyable and my dad helped make sure I saw it that way! All he asked of me was to enjoy the challenge of education and have fun while learning –something I strive for inside and outside of the classroom.

It is quite clear to me that my father values hard work as well as hard fun. He pushed me to try my hardest while he did the same. Even though my dad is no longer in school, he sought out challenges in other places. One time, he made my brother and I walk up a steep hill with him and turn right back around… just for the sake of pushing our bodies. My dad made me realize that boredom is a self-inflicted wound because we have the choice to get up and do something that makes us happy or challenges us, or both! My dad also showed us the significance and value of hard work by recognizing the work that other's did. On the way to school we would pass the same construction site and he mentioned how every day we could see their progress, and that was admirable work.

My dad has always been a strong presence in my life, making sure to support and guide me in everything I did –even though he works constantly in such a stressful and demanding business. He receives phone calls at any time of the day and he rarely gets a break on the weekends. Many times the calls would be so early in the morning and wake him up. Whenever we spent time together in the car (which was a lot of time due to Los Angeles traffic), he received phone calls in the middle of our conversation. He'd apologize but I knew it's what he had to do; and we'd pick up the conversation afterwards. He avidly contributed to raising me and spending time with his family in spite of his work and re-occurring trips across the country. In addition, many of his colleagues don't have good relationships with their families or don't have children at all. As a result, they had different expectations regarding when my dad was available.

My dad is very well-read and curious. He asks questions about how the world operates and I adopted this fascination (and since my father read so much, he could usually answer my questions.) When we went on a family hike over the weekend, my dad pointed out a small rock that did not appear special in any way; he mentioned how it probably took thousands of years for that rock to land there. Then my brother threw the rock down the mountain and "undid" those thousands of years showing us how humans constantly alter the course of nature. I admire how

my father can recognize little things that are relevant in their own way. Our curiosity and affinity to ask questions contributes to our love of learning and there is always something new to learn!

I attribute much of my personal success to the mentality of hard fun and my immense curiosity towards the world, both of which my father instilled in me. Hard fun, hard work, my dad's encouragement helped me follow in his footsteps to Cornell University, his alma mater, which is something I cherish and will never take for granted.

My dad never cared about material gains; he never became jealous of anything anyone else might've had. In fact, he became frustrated when I was jealous of my friends because he knew that it's more important to be happy with what you have. He sees the purpose of life as the pursuit of happiness and that is how I will live my life as well.

My father has personally expressed remorse to me for the crime he committed. He feels as though he failed as a father by making the wrong decision. Since he now faces the possibility of prison time, he cannot provide for his family or be there for his children. I do not believe he has failed as a father because for the 20 years of my life I could not have asked for a better father or role model. I let have him expressed to him that he parented right in the midst of his failures!

Failure is not an indicator of idleness, especially in my father's case. My father is fearful for the uncertainty of the future but he has one thing planned – to climb Mt. Whitney. For the past year, he has been hiking every weekend in order to condition his body for the 22-mile trek. The other day, he called to tell me how his hikes are getting easier since he is conditioning his body. I am very proud of him and even more proud to be his daughter.

There is no doubt in my mind that he tries his hardest to do right by his children. He sacrifices his own time, aspirations and desires to put my brother and I first. He appreciates the life that he has. I am so grateful that my dad loves me for who I am and the fact that I try – it didn't matter whether I graduated with honors or won at my athletic competitions. My dad is happy when he sees my happiness, and that is what I think parenting is all about. For that reason, I view my father as selfless, kind and generous.

All I ask is the same generosity from you, Your Honor, to ensure that my dad can come home promptly and continue to be the hardworking and admirable father that he is, especially for me and my fourteen-year-old brother. My brother still needs his dad.


Sincerely,

Isabel C. Caro

# EXHIBIT E

REDACTED

October 8, 2016

Jacqueline Caro

Woodland Hills, CA 91364

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, CA 90012

Dear Judge George H. King,

I am Jacqueline Caro, Mr. Caro's ex-wife. Mr. Caro and I were married in New York City 22 years ago. Those many years were beautiful and loving, but sometimes difficult as most marriages are. We truly relied on one another in everything family, work, and life. Living in Los Angeles is extremely far from our parents and relatives on the east coast. We were the only real support available for each other in those early years navigating life in LA.  We did our best to work together and give the marriage and the family everything we had.  We are still working as a team to raise two amazing children together. We continue to focus on being the loving and supportive parents our children need during this difficult time.

Mr. Caro and I have worked very hard to have a cooperative, fair, and kind divorce that continues to put our children first. Sharing joint custody is one way we have made our children a priority since the divorce. Mr. Caro insisted on making joint custody work around his busy schedule to have equal time to spend with the kids. Having an involved, available, present, and loving father has always been Mr. Caro's #1 priority. I believe that being a father is his greatest accomplishment that gives him the most pride as a man.

So, I would like to share Mr. Caro's journey as a father seen through my eyes. His hard work and motivation as a provider for his children and being responsible for his family's well being are to be applauded and commended. However, I realize that this positive motivation led him to irrational and criminal behavior that there is no excuse for.

From the day Isabel, our daughter was born, Mr. Caro woke-up at night with every feeding and changed her diapers. He slept in a chair at the hospital, and on little to no sleep went work each morning. He just started a new job. Since Mr. Caro felt very strongly that Isabel had a parent at home to care for her, we agreed that I would leave my job. So, he found a new job that could compensate our finances to include a new baby.

Our son, Javier was born and Mr. Caro continued to make fatherhood a priority. Yes, he had a busy work and travel schedule, but Mr. Caro was extremely involved when he was home.  He participated in their routine by giving baths at night, reading bedtime stories, taking late night stroller walks and aimless car rides for sleep time when they were little. He even did laundry and the dishes to pitch in around the house when he could.

As, the kids got older Mr. Caro volunteered for school field trips and worked the carnival. He attended the holiday sing, flute performance, horse show, the hip hop dance routine, poem reading, baseball game, and soccer practice throughout the years. Let's say everyone at school knew Isabel and Javier's dad. He taught Isabel how to drive, played baseball with Javier, and took the kids on trips without me for "daddy" time.  He made himself available and participated.

Also, Mr. Caro donated generously to the UCLA Lab School where our children attended elementary school. He was very passionate about The Lab School and their effort to mimic the public school student body. Our daughter was attending the local public school in walking distance to our home. It was a highly regarded, convenient, and a tuition free neighborhood school. However, since it pulled students from the local area in Santa Monica there was little to no economic or ethnic diversity.

I know diversity is very important to Mr. Caro, and he shares this strong core value with the children. I also believe it's important to him because of the Latino culture he loves, as well as growing up with financial struggles in a single parent home. So, Isabel applied to the "learning in two languages" program at Seeds University Elementary School (Now called the UCLA Lab School). She got accepted.

Along with diversity, Mr. Caro shares other important interests and passions with our children. He appreciates nature and exploring new things.  He would take the kids on "adventures." They would go on long walks through the canyon where we lived and see spiders, snails, and a lot of ducks! They would climb the many sets of "secret stairs," and walk the beach finding sea glass. Most importantly they shared one on one time and good conversation.

Also, Mr. Caro expresses his love of music with the children playing full albums of the Beatles, Pink Floyd, The Bee Gees, Bruce Springsteen, Elton John, Mozart, Vivaldi, and more. He explains the stories behind the lyrics, and watches documentaries about music artists and filmmakers, too.

Mr. Caro's love of movies is very obvious in his work and at home. At work, he brings the kids to the movie set to meet the actors, directors, and staff. At home, he introduces the children to films like the Raiders of the Lost Arc series, Butch Cassidy and the Sundance Kid, Jaws, 2001: Space Odyssey, and Singing in the Rain to name a few.  They continue to enjoy going to the movies together.

Art is also a special interest for Mr. Caro. There are always many coffee table books displayed around the living room for the children to explore. Mr. Caro liked to support local artists from places he traveled like Puerto Rico, Dominican Republic, and Cuba, as well as our local friends who are painters and pottery makers. We have their art displayed in our homes.

Both children have practiced art. Javier likes painting and making original drawings of planes and military vehicles. Isabel has been painting since she was five years old and still took fine art classes at Cornell University where she is now a college student.

As you can see there is an amazing relationship between Mr. Caro and our children. They have shared many special experiences.  Having their dad to support them, raise them, and be there for them as they face new challenges at school and in life is critical at this point in their still young lives.

Isabel is a junior at Cornell University. She is a Government major who is pursuing Law school. She is bright, mature and focused on her priorities. She is studying Social Equality and Criminal Justice. She currently tutors prisoners at Auburn Correctional Facility who are students in the Cornell prison education program.  Javier is just starting high school this year as a freshman at a new school. He is an excellent student who just made the freshman baseball team and is getting ready for the Homecoming dance. His greatest passion is the military. Javier is working very hard to pursue studies at the Military Academy after high school. He has always been interested in learning about history and the past wars. He is also very knowledgeable about the use and advancement of the different military equipment over the years

Isabel and Javier are two amazing, loving, and caring people who were raised by Mr. Caro as their father. He was a major part of shaping who they are and why they have thrived to achieve all they have.

It takes tremendous courage and vulnerability to asking for forgiveness for hurting the people you love most in this world. Watching Mr. Caro confess to our children deep regret, remorse, and devastation for his actions, I felt great respect. I also realize that when Mr. Caro took responsibility for his actions, showed remorse, and faced the consequences head-on he was being a positive role model for our children.

Raising our children to be responsible and accountable for their actions is of utmost importance. Seeing their father own-up to his mistakes models to our children that even if you make a bad choice you can ask for forgiveness and make the better choice next time. We can learn from our mistakes and have a chance to start-over.

I have incredible compassion for Mr. Caro, and how he has to face the world everyday in truth and shame since that confession. It takes great strength and motivation to get up every day and live life at work and as a father not knowing what fate holds for him. He still has to act like everything is "ok" in front of the people that are counting on him and some that are judging him. I can't imagine what that stress would feel like.

Taking money from Mr. Burkle to continue to give our children a life they were accustomed to was not about wealth or status. It was to avoid putting our children through the extremely rough changes that would turn their world upside down. Of course, this is no reason to commit a crime, but I understand how Mr. Caro would do everything in his power to avoid putting his children in harms way. That would be his greatest fear. However, sometimes trying to relieve our fears in the moment, we end up creating exactly what we were trying to avoid.

I have come to realize that being a family man and provider is not easy. For some lucky ones it comes from instinct and for others it does not. If you were raised in a home with a single-mother as Mr. Caro and I both were, you don't have a lot of role models for a father figure or how the family dynamics work. Having an attentive coach, interested teacher, mentoring boss, or loving grandparents can save your life, but it can never take the place of a father. It can never take away the sting, the pain, or the loss of not having your dad there for you when you need him.

Mr. Caro is a good man and a hard worker. He is a provider and a father. He took responsibility for his actions and is reflective everyday on how he should have handled the whole messy situation differently.  I expect that with Mr. Caro's experience there could be productive and positive contributions that he could make after his sentencing. There could be the opportunity for community service, volunteer work, teaching others, and therapy as part of his rehabilitation.

Thank you,

# Jackie Caro

Digitally signed by Jackie Caro
DN: cn=Jackie Caro, o, ou,
email=Jackomo13@me.com, c=US
Date: 2016.10.11 08:30:13 -07'00'

Jackie Caro

# EXHIBIT F

September 5, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012

Dear Judge George H. King,

Thank you for taking the time to read about my relationship with Julio Caro. My name is John
Baldecchi and I am a father of three children 2 boys - age 7 and 10 and a young woman who is 20
years old and a junior in college. I am by profession, an entrepreneur. Presently I run a tech-
enabled content company called Digital Riot Media and we create content for online distribution.
I am a first generation American with my father and mother coming from Italy and French
Polynesia, respectively. When I am not working I spend time with the boys and visit my daughter
if she shows any interest in my doing so! I'm thankful for Skype.

When I met Julio, I owned and ran a Sony based production company and I had just finished
producing a movie called 'The Mexican' which was a career highlight for me. We met in the
main dining room on the lot and hit it off immediately. We had many friends in common and he
lived not far from where my daughter was going to elementary school at the time. I was
impressed with his business acumen and his straight talk. He had run a very successful video
production company that I was familiar with. I liked his investment banking background and his
very clear sense of what he was skilled at and what he wasn't skilled at. In my line of work I hear
almost exclusively why people are so amazing and that they are good at everything. And
generally people like to project that they have perfect lives. Julio was not like that at all – very
down to earth and honest about himself. It is precisely why we became friends. I met Julio's
family – his son Javier, his daughter Isabel and his wife Jackie. It did occur to me in those times
that Julio was a very involved and present father. I enjoyed watching that. Friendly to his
neighbors – he also often spoke of his brother and his mother. It was clear to me that family is
important to him. We had meals at his home and talked about finding ways to work together. We
also developed projects together and pooled relationships. I always enjoyed the process with
Julio. I felt that he was someone that I could rely on both daily and in a pinch. On one occasion I
loaned him a not unsubstantial sum of money and he promptly paid me back. That built trust.

I would periodically connect with him and he would refer a contact or suggest that I meet
someone. I can say with clarity, every person he connected me with was a person of well worth
my time and continue to see most of those people to this day. Over the years we have stayed in
touch and I have shared many details about my struggle to balance work, children and
relationship with my significant other. I have always found an engaged and helpful confidant in
Julio – which is not an easy thing to find in Los Angeles. I have always been grateful for that.
Someone to have an honest conversation with. Time would go by and it would occur to me to
reach out to Julio. Generally with an email: 'Julio – how are you – let's grab coffee and catch up'.
So when I did that last month and his response was to 'Google my name – will call you later' – I
had a sinking feeling. And the article that I read was beyond shocking...

I saw him a few days later and in typical style he wanted to know how I was doing and offered to
help me out by passing along some of his clients and deals. I had to remind him that I was there to
figure out a way to *help him*. He was very clear headed about his mistakes and took complete
responsibility for them. Full stop. He talked about the crime that he was charged with, that he was

guilty and gave me context around it all. He talked about the impact it was having on his family –
his daughter in college (who is also a junior), his son and their mother. I was sitting there thinking
– with all of the jerks that I have come across in my career – why Julio? Why did he have to make
that mistake? As I was looking at him I reflected on my past and simply thought – people make
mistakes – he understands and is clear about his responsibility.

Julio had to fight for everything that he had in life. His success was based on his smarts and his
focus to succeed. It is very difficult to maintain position in the entertainment business. Very
difficult. And pivoting is hard to do. You fall out of favor easily and people in power go out of
their way to make things difficult on you in the process. Julio was born in Indiana, grew up in
New York City, his father was an immigrant. Like me. I have not always had it easy and from
what I gather, neither has Julio. Life is beyond expensive in Los Angeles and pay cycles can be
slow and far apart. I can tell you that I have in the past sold heirlooms to keep the lights turned on
in between gigs. I remember Julio selling a car and borrowing money from me, which as I
mentioned – he promptly paid back. I know money became tight for him. Same thing has
happened to me in the past and it is a terrible feeling when you have kids and a wife to support.
He was also was having substantial relationship issues, which in itself can be mind numbing. We
had many conversations about how that was making his life very difficult. All of that can add up
to a person being morally vulnerable. Not excusing his crime, just trying to understand and impart
understanding.

Your honor, people make mistakes – I don't have to tell you that. As a matter of fact, I've made
plenty – a few I have made over and over again. But people in my life have forgiven me and I
have a couple of great kids as a result. So why do I think you should show mercy? Because I
know Julio as man who is a great friend, father, son, brother and neighbor. He is serious and
honest in business and has helped out those around him. He is a valuable member of society. Full
stop. He is an extremely capable, straightforward individual who is always looks out for those
around him. And he made a mistake. That is my experience with him. My perspective of him
rests on everything that he has done – not the one thing that he has done. When he is out of
prison, I will be first in line to help him get back on his feet. He has shown great remorse, is
extremely concerned about his family, has learned not to take any shortcuts from this mistake and
is determined to rebuild his life when he is free. He is not a career criminal – he is a guy who
made a mistake and is paying for it. And I will be there for him. I intend to give him work as will
the tight group of friends that surround him. He is well regarded and people have shown huge
support. Because he is well worth the effort. He understands what he has done and is paying for
his crime. Though you and I do not know each other, please understand that I am speaking from
my heart and that I hope you take my words seriously. And that you show him leniency.


With respect,


John Baldecchi
CEO Digital Riot Media

# EXHIBIT G



Monday, September 5, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012

Dear Judge George H. King,

My name is Michael Scott Vogel, I have been working in the entertainment and media industry for the past two decades. I am a creative artist and producer. My projects include films Pi, Requiem for a Dream, countless advertising campaigns, fashion photography advertising and editorial work. I have had the privilege to work with many of today's most influential artist and producers across a broad landscape.  Some I have formed lasting friendships and Julio Caro is no exception. Julio and I met very early in my career, it was in 2001 we had a chance to work on a serious project and became friends. From the start Julio made a lasting impression, he is a highly intelligent man who commands the room in any business situation. He's very polite, respectful, and articulate. He has a gift for explaining complex situations into simple terms anyone can understand. It was obvious to me from day one this is a guy I could learn a lot from. The very least I can do for him is speak to his character and aid the court in determining compassionate punishment.

What made Julio stand apart from most was his hospitable nature, and sense of empathy. If I needed something he would always make the time, he is a straight shooter and provides actionable advice. Our profession is a tough business, it's very superficial where everyone is always "winning".  Misfortune is treated like a viral contagion and not something one wants gossip to center around. Such negativity no matter how minor can prevent you from securing a deal, getting important meetings, getting hired and worst of all it can go to diminish your capabilities without having anything to do with you as a professional. Interestingly, It only gets more difficult the more you achieve.

Challenges can be debilitating, For me it was my divorce during the worst economic downturn since the great depression. It was a scary time, I was alone, separated from my children and going through a big career transition. I needed more than sympathy or pity, I needed attention.  It's sad to admit but the truth is some of my closest work friends were unresponsive. But others including  Julio were different, he made himself available and empowered me. His words helped to pick me up when I was down. I only wish I were less focused on myself at the time to offer my support to him. It is said the strongest are usually the ones who need the help most and who have the greatest difficulty asking for it.

As a matter of fact, I learned what Julio had done directly from Julio because I was looking for his advise yet again. Needless to say I was shocked and disappointed to hear what he had to say. It took awhile to sink in and after I read the story in the press it was very difficult to comprehend, it painted a very dark and sinister portrait of a man I respect. I know how hard Julio has worked all these years and know how much he values reputation and his family. It must have weighed heavily on him all this time. I am not excusing his actions in any way, but I do think its fair of me to say this was an error in judgment and not a premeditated criminal enterprise. Julio would be quick to correct me. He recognizes he did a bad thing and has to face the music.

If it's worth anything coming from me, I believe we all deserve a chance at redemption, Julio Caro is remorseful and regrets what he had done, he knows he let a lot of people down especially his children.

Thank you for taking the time to read my letter, I have never written anything like this and hope I adequately expressed my thoughts to you.

Kind regards,

M. Scott Vogel

# EXHIBIT H

Moviehouse Entertainment
Black Hanger Studios
Lasham Airfield
Alton
Hampshire GU34 5SG
UK

24 August 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012
USA

Dear Judge George H. King,

<u>Re Mr. Julio Caro</u>

We write this letter with reference to Mr. Julio Caro who, we understand, has been charged and pled guilty to the transportation of stolen property. Julio advised us of his situation regarding this matter recently with deep regret over his actions.

We are the joint heads of Moviehouse Entertainment, a UK based film sales company and have known Julio for more than a decade having been introduced by a mutual friend in Los Angeles. Over that period, we have developed not only a strong working relationship with him but friendship also. As a Producer of movies in the USA, we looked to him as a source of new films to work on and facilitator of introductions to his many contacts and to help us navigate our way around the movie industry in California, not an easy thing to do for outsiders. Julio has always been very kind to us and happy to lend that support, given us advice and has always been generous with his time and knowledge in numerous telephone conversations and meetings when we were in California and beyond.

We have worked together on several films including, for example, *Hunter Prey*, an independently produced sci-fi picture which, whilst quite small in scale, sold well around the world. Julio called and offered to involve us with this movie and stayed true to his word and did so. We would not have had that opportunity without his involvement and are very grateful for it.  In our experience and all our dealings with him, in an industry famed for many of its participants' poor behaviour, he has always stood out as being straightforward and true.

We spent time with him last year in Cannes at the Film Market there which we were both attending and had several meetings and dinners, always a good experience with Julio. In times past we also met his family and were invited to his home in LA.

We've had ongoing discussions with Julio about movies we want to do with him in the future and he's very kindly offered to help. We believe it would be good for his recuperation to start this process as quickly as possible and given the regret he's shown, hope that will happen very soon. We would not hesitate to be in business with him again.

We understand the seriousness of this matter but, can only say our experiences of dealing with Julio have always been good and we very much look forward to continuing both our working and personal association with him.

Sincerely,

Gary Phillips
Moviehouse Entertainment

Mark Vennis
Moviehouse Entertainment

# EXHIBIT I

Sept 28th, 2016

To whom it may concern:

My name is Matt Dearborn, and Julio Caro became my manager in 2005 and I've worked with him closely off and on for the last 10 years. I'd like to take a few moments to go on record and give you my personal thoughts on the quality of his character.

First, a little about myself: I am a writer/director. I've been in "the business" as they say for 36 years, and created two television shows for the Disney Channel (*Even Stevens* and *Zeke and Luther*). I've been nominated for 3 Emmy's, an NAACP Image Award and an Environmental Media award and have been a member of the DGA and WGA for decades.

As far as Julio is concerned, from the day I met him I was immediately impressed with his ability to explain the realities of show business in simple, clear and honest terms. In the past I'd had representatives who, for whatever reason (personal agenda, self-preservation) could not do this. With others, I never felt like I was getting the straight story. So when I met Julio, because of his candor, and no-nonsense attitude, it was an easy choice to start working with him.

Over the years, Julio and I worked hard to make things happen, with some success, and he's counseled me on dozens of projects over the years. I've found him to be honest and very upfront in all of our dealings.

Since we're roughly the same age, (I'm a year older), we've gotten to know each other personally. So I feel well qualified to speak to the quality of his character.

Whatever the outcome of this matter is, I can state without compunction that all of my personal and professional dealings with him have been impeccable characterized by honesty and integrity.

There ever been a sense of, what I would characterize as a mercenary, opportunistic attitude, which is very prevalent in this town. Julio's concern and focus was always on making the best project possible.

Feel free to contact me with questions.

Sincerely,

Matt Dearborn

# EXHIBIT J

September 15, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012

Dear Judge George H. King

My name is David Maldonado and I am 67 years of age. I am a citizen of The
United States have lived in New York City, NY all of my life.

I have been in the entertainment industry as an agent, manager, and
producer for almost 43 years. I began my career as a road manager for
Ruben Blades (whom I still represent) and have represented and/or
continue to represent such Latin Artist as Celia Cruz, Tito Puente, Willie
Colon, Wisin y Yandel, Victor Manuelle, Gilberto Santa Rosa, Don Omar,
Daddy Yankee, Jerry Rivera and several others.

I write to you in the most personal of manner regarding a dear friend and
colleague, Julio Caro. This is a man I have known for at least 15 years. A
man, who has shown me and many others to be selfless, hard working,
loyal, devoted and above all good hearted.  Julio is and has been the kind of
person and friend that when my business was on the verge of collapse, he
not only came to my aide and help me create a strategy to get me back on
my feet by helping me develop and negotiate a film project called "El
Cantante". This is just one example of the humanness Julio posses.

In all honesty I would love to say that Julio did this for me because of our
long relationship, because that would make me feel that I am special. But
no, I do not have that sole honor. Julio has helped many others, some of
which needed financial help or just a reference or word of encouragement.
There were others who were most likely not as deserving of his goodness.

When many were unwilling to give the genre an opportunity, Julio pushed hard to break the genre. Julio's tenacity and hard work gave life to many young artists who otherwise would have ended up in trouble or squeaking out meager lives for themselves. I would dare say he has inspired many young men and women who are now finding their calling in the film industry.

When I received word that Julio had been charged with a crime I was shocked. I was at a loss.

I ask for your Honor to consider in your judgment and with great wisdom, the life and scope of this man, and not just his individual deeds, but also the sum of all his works. For this is the only true and honest way we can fairly measure the life and impact someone has had on society.

Respectfully,

David Maldonado

# EXHIBIT K

August 23rd, 2016

The Honorable George H. King
United States District Judge
Roybal Federal Courthouse
255 East Temple Street
Los Angeles, California 90012

**Dear Judge George H. King:**

I hope you will take a moment to consider this letter of support to Mr. Julio Caro. My name is Erika Bagnarello and I am a screenwriter and director from Costa Rica. I have an MFA in Film Production, where I attended fully sponsored by the U.S government as a Fulbright International Fellow. I am also a TED Fellow and my work has been recognized by organizations such as the Directors Guild of America and has screened at the United Nations in NYC, numerous international film festivals and broadcast on television and in commercial theaters. My most recent film, which Mr. Caro Produced, is currently streaming on HBO. I currently reside in Santa Monica, California.

Thanks to my experience as a screenwriter and director in the film industry, I feel qualified to say that Mr. Caro is exceptionally hard working as a Producer as well as a Manager. I met Mr. Caro in 2011 at an event organized by the National Association of Latino Independent Producers. The workshop selected up and coming Hispanic screenwriters to participate in an enriching exchange under the guidance of well-known and experienced industry mentors who donated their time, among them Mr. Caro.

From that moment, we established a professional relationship that developed in him becoming a personal mentor, the Executive Producer of my first feature film and eventually my manager. Three years after that encounter, followed with hard work and persistence from his side, we finished a film entitled "January 1st". Not only that, but recently he was able to close a distribution deal with HBO.

This is clear proof that Julio is a committed, collaborative and exceptional producer. I have seen him work relentlessly on this particular film as well as in supporting me in other creative projects and in my career in general. He's a reliable person, dedicated and encouraging when times get difficult. He's also a compassionate human being and that is why I have chosen to work with him for this extended period.

I also understand that Mr. Caro has been charged with a crime and has pled guilty to transportation of stolen property. He spoke to me directly and transparently about this, accepting with great remorse and a deep sense of accountability that he made a big mistake. He has pled guilty to the crime and understands the serious consequences of his actions.

One of the things that I have noticed when we have spoken about this situation is his deep concern towards his family. To him, his family is of great importance, even more so than work. Numerous times I have reached out to him and he mentions that he is going to pick up his son Javier from school or to take him to baseball practice; or that he's flying to New York to accompany his daughter Isabel to an important event at her University. I admire Julio not just as a professional but also as a person that deeply cares about his family's well being.

Furthermore, the fact that Mr. Caro expressed interest in developing talent such as myself, speaks volumes about his commitment to supporting diverse filmmakers with an aim to produce socially relevant films. From day one, I articulated my goal of creating a body of work that reflects stories that touch on the essence of the human struggle and deliver a message of hope. I can truly say that he has been there all the way for me, helping me in this mission by sharing his resources and experience. He's invested time and energy in projects that aim to have a positive impact in society, such as my current documentary project, GIGI, about a terminally ill woman from Costa Rica.

During further conversations about his plans for the future, Julio expressed that he is prepared to rebuild his career with hard work and regain the trust of this peers in the film industry. Knowing his admirable work ethic, I have no doubt in my mind that this will be the case.

If I am fortunate enough to work with Mr. Caro again, I believe that after this experience he will have become an even more productive member of society and he would be a major asset to whatever film project he's involved in. I hope that this sentence allows us to work together again sometime soon and to continue developing projects that will have a positive impact in society.

Sincerely,

Erika Bagnarello
Writer & Director