# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | |
|---|---|
| Case No.  CR 16-489 GHK | Date  November 7, 2016 |

Present: The Honorable   George H. King, U.S. District Judge

| David Gonzalez | C. Nirenberg | Poonam Kumar |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Julio Caro | ☐ | X | Jennifer Uyeda | ☐ | X | ☐ | |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ **Contested**   **Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

**X** Imprisonment for  18 months  on each of counts  1

Count(s) ___ concurrent/consecutive to count(s) ___

Fine of ___ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___

___ Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___

**3** years Probation imposed on count(s)   One of the Information.

consecutive/concurrent to count(s) ___

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   **X** Perform  300  hours of community service.
   ___ Serve ___ in a CCC/CTC.
   ___ Pay  $___  fine amounts & times determined by P/O.
   **X** Make  $1,487,529  restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: ___

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant
**X** does not have the ability to pay.

**X** Pay  $100  per count, special assessment to the United States for a total of  $100

___ Imprisonment for  months/years  and for a study pursuant to 18 USC ___ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant waives the right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.

**x** Bond exonerated   **x** upon surrender   ___ upon service of ___

**X** Execution of sentence is stayed until 12 noon,  Monday, January 9, 2017
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release   # ___

___ Present bond to continue as bond on appeal.   ___ Appeal bond set at  $ ___

___ Filed and distributed judgment.  ENTERED.

                                                                                  :  27

Initials of Deputy Clerk   DG

cc: