

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To:   ☑ Chief Deputy      ☐ Fiscal

**Re:**   **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: CR16-00489 GHK

Defendant's Name: Julio Caro

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 1/9/17 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 1/11/17 **, it was verified the defendant:**

☐   the Bureau of Prisons was unable to provide information as the above-named defendant.

☐   has commenced their electronic monitoring.

☐   has completed their electronic monitoring.

☐   has reported to the U.S. Probation Office.

☐   has surrendered to the Bureau of Prisons.

☑   Other: has surrendered to Taft

**Verified via  ☐ telephone or  ☐ e-mail with the following:**

☐   U.S. Probation Officer: _____ ,
*(Name of Officer)*

☐   Bureau of Prisons: _____ ,
*(Name of Officer)*

☑   U.S. Marshal:   Kelly Gutierrez _____ ,
*(Name of Officer)*

1/11/17 _____        By B. Moss _____
Date                                      Deputy Clerk