HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JENNIFER J. UYEDA (Bar No. 238602)
(E-Mail: Jennifer_Uyeda@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7524
Facsimile: (213) 894-0081

Attorneys for Defendant
JULIO CARO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JULIO CARO,<br><br>　　　　Defendant. | Case No. 16-CR-489-GHK<br><br>**[PROPOSED] ORDER MODIFYING JUDGMENT AND COMMITMENT ORDER** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Judgment and Commitment Order be modified, specifically, Condition #4 to read:

　　　　The defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving movie or video production, investment programs or any other business **in which he would be personally or directly involved in the business aspect of the production such as the** solicitation of funds or cold calls to customers without the express approval of the Probation Officer prior to engaging in such employment. Further, the defendant shall provide the Probation Officer with access to any business owned, in whole or in part, by the defendant, as directed by the

///

1 | Probation Officer. **This condition does not preclude the defendant from working in**
2 | **movie or video production.**
3 | .
4 |
5 | DATED: February ___, 2018       By _____
6 |                                 HON.
                                    United States District Judge
7 |
8 | Presented by:
9 |
10 |   */s/ Jennifer J. Uyeda*
     Deputy Federal Public Defender

2