HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JENNIFER J. UYEDA (Bar No. 238602)
(E-Mail:  Jennifer_Uyeda@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-7524
Facsimile:  (213) 894-0081

cc: USPO

Attorneys for Defendant
JULIO CARO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

JULIO CARO,

          Defendant.

Case No. 16-CR-489-GHK

[~~PROPOSED~~] ORDER MODIFYING
JUDGMENT AND COMMITMENT
ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Judgment and Commitment Order be modified, specifically, Condition #4 to read:

The defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving movie or video production, investment programs or any other business **in which he would be personally or directly involved in the business aspect of the production such as the** solicitation of funds or cold calls to customers without the express approval of the Probation Officer prior to engaging in such employment. Further, the defendant shall provide the Probation Officer with access to any business owned, in whole or in part, by the defendant, as directed by the

///

1   Probation Officer. **This condition does not preclude the defendant from working in**

2   **movie or video production.**

3      .

4

5   DATED:  February _23, 2018    By _____

6                            HON.
                                United States District Judge

7

8   Presented by:

9

10    */s/ Jennifer J. Uyeda* _____
   Deputy Federal Public Defender

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28