TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719
     Facsimile: (213) 894-6269
     E-mail:   poonam.kumar@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the court that **POONAM GANESH KUMAR** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

```
Dated: February 28, 2022        Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division

                                 /s/
                                POONAM G. KUMAR
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```

# ATTACHMENT A

5:99-cr-00051
2:00-cr-00047
2:08-cr-00221
2:03-cr-00695
2:04-cr-01516
2:08-cr-00317
2:08-cr-00383
2:08-cr-00398
2:09-cr-00044
2:09-cr-00848
2:09-cr-00992
2:09-cr-01070
2:10-cr-00536
2:10-cr-01181
2:11-cr-01053
2:13-cr-00345
2:14-cr-00448
2:14-cr-00601
2:14-cv-09005
2:14-cr-00701
2:14-cv-09678
2:15-cr-00172
2:15-cr-00185
2:15-cr-00212
2:15-cr-00289
2:15-cr-00297
2:15-cr-00343
2:15-cr-00362
2:15-cr-00430
2:15-cr-00448
2:15-cr-00478
2:15-cr-00521
2:15-cr-00551
2:15-cr-00677
2:15-cv-00336
2:15-cv-09820
2:16-cr-00489
2:16-cr-00491
2:16-cr-00807
2:16-cr-00824
2:17-cr-00210
2:17-cr-00344
2:17-cr-00382
2:17-cr-00572
2:19-cr-00554
2:19-cv-06633

2:19-cv-09868
2:20-cr-00429
2:21-cr-00273